## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**CITY OF MILWAUKEE,**

        Plaintiff**,**

        **Case No. 06-C-347**

**-vs-**

**CAMP, CRESSER & McKEE, INC.,**

        Defendant**.**

## ORDER

Based upon the foregoing Stipulation of the Parties,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed without prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**